**FILED**

JAN 14 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARSHALL PAYNE

No. 20 CR 024

Violation: Title 18, United States Code, Section 922(g)(1)

JUDGE SHAH

MAGISTRATE JUDGE SCHENKIER

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about November 20, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

MARSHALL PAYNE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Springfield Firearms, model Hellcat, 9mm caliber handgun, bearing serial number AT236314, which firearm had traveled in interstate commerce prior to defendant's possession of it;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes a Springfield Firearms, model Hellcat, 9mm caliber handgun, bearing serial number AT236314, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY