MR

Case: 1:20-cr-00024 Document #: 111 Filed: 03/18/24 Page 1 of 3 PageID #:1082

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**

MAR 18 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America

Plaintiff

VS

20 CR 24

Judge Manish S Shah

Marshall Payne

Defendant

## CHANGE OF ADDRESS

New Address

Marshall Payne

825 N Christiana

Chicago, IL 60651

_Marshall Payne_ (signature)

Marshall Payne

## PROOF OF SERVICE

I, Marshall Payne has mailed by United States First Class Mail Postage Prepaid a Change of Address to the United States District Court, 219 S Dearborn, Chicago, IL 60607 on March 11, 2024.

To this I attest, under the penalties of perjury, with respect to U.S. Code 18 Section 1621 and Title 28 Section 1746.

*Marshall Payne*
Marshall Payne

MARSHALL PRYOR
825 N. CHRISTIANA
CHICAGO, IL 60651

S SUBURBAN IL 604
13 MAR 2024 PM 4 L

RECEIVED
24 MAR 18 AM 7:30

CLERK OF COURT
UNITED STATES DISTRICT COURT
219 S. DEARBORN
CHICAGO, IL 60604

60604-180099